Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
PRICE BECKSTROM, PLLC
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JAYLA CHAPMAN,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ROE INSURANCE COMPANY I-X,<br><br>Defendants. | Case No. 2:22-cv-00029-JAD-DJA<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT**<br><br>ECF Nos. 8, 16 |

Jayla Chapman, by and through Daniel R. Price, Esq., counsel of record, and Allstate Insurance Company, by and through James P. Silvestri, Esq., counsel of record, hereby stipulate to remanding this matter to the District Court of the State of Nevada, and request that the Court order the matter remanded to the District Court of the State of Nevada and that the hearing on Plaintiff's motion to remand, which is currently scheduled for March 10, 2022, be vacated.

/ / /

- 1 -

Dated: February 11, 2022.

Dated: February 11, 2022.

*/s/ Daniel Price*
Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
PRICE BECKSTROM, PLLC
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff,*
*Jayla Chapman*

 */s/ James Silvestri (with permission)*
James P. C. Silvestri, Esq. (NV Bar No. 3606)
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
*Attorneys for Defendants,*
*Allstate Insurance Company*

### ORDER

Based on the parties' stipulation **[ECF No. 16]** and because it appears that this court lacks jurisdiction over this action, IT IS HEREBY ORDERED that THIS ACTION IS REMANDED back to the District Court for Clark County, Nevada, Department 8, Case Number A-21-843642-C.  The pending motion to remand **[ECF No. 8] is DENIED as moot and the hearing on that motion, set for March 10, 2022, is VACATED.**  The **Clerk of Court** is directed to **REMAND** this action and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2022